IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| DICK ANTHONY HELLER, *et al.* | ) | |
| | ) | |
| Appellants | ) | |
| | ) | |
| v. | ) | No. 14-7071 |
| | ) | |
| THE DISTRICT OF COLUMBIA, *et al.* | ) | |
| | ) | |
| Appellees | ) | |

**CERTIFICATE OF COUNSEL AS TO PARTIES, RULINGS, AND RELATED CASES**

**Parties and Amici**

The plaintiffs in the district court were Dick Anthony Heller, Absalom F. Jordan, Jr., William Carter, William Scott, and Asar Mustafa. The defendants in the district court were the District of Columbia and Mayor Vincent C. Gray. In this court, Appellants are Dick Anthony Heller, Absalom F. Jordan, Jr., William Carter, William Scott, and Asar Mustafa. Appellees are the District of Columbia and Mayor Vincent C. Gray. No other parties, and no interveners or *amici*, have yet appeared in this court.

**Ruling Under Review**

The ruling under review by this court is the order and memorandum opinion by Hon. James E. Boasberg of May 15, 2014, granting defendants' motion for summary judgment, denying plaintiffs' cross-motion for summary judgment, and entering judgment in favor of defendants.

**Related Cases**

Counsel is unaware of any related cases currently pending in this court or any other court. This case was previously appealed to this court as Case No. 10-7036.

Respectfully submitted,

Dick Anthony Heller
Absalom F. Jordan, Jr.
William Carter
William Scott
Asar Mustafa

By counsel

/s/Stephen P. Halbrook
Stephen P. Halbrook
D.C. Bar No. 379799
Suite 403
3925 Chain Bridge Road
Fairfax, VA 22030
(703) 352-7276
(703) 359-0938 (fax)
protell@aol.com

/s/ Dan M. Peterson
Dan M. Peterson
D.C. Bar No. 418360
Dan M. Peterson, PLLC
3925 Chain Bridge Road, Suite 403
Fairfax, VA 22030
(703) 352-7276
(703) 359-0938 (fax)
dan@danpetersonlaw.com

Counsel for Appellants