# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 14-7071
2. DATE DOCKETED: May 21, 2014
3. CASE NAME (lead parties only) Dick Anthony Heller v. District of Columbia
4. TYPE OF CASE: ☐ District Ct - ☒ US Civil ☐ Private Civil ☐ Criminal ☐ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court ☐ Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED? ☐ Yes ☒ No
   If YES, cite statute
6. CASE INFORMATION:
   a. District Court Docket No.       Bankruptcy Court Docket No.       Tax Court Docket No.
      Civil Action 08-1289            Bankruptcy                        Tax
      Criminal                        Adversary
      Miscellaneous                   Ancillary
   b. Review is sought of:
      ☒ Final Order  ☐ Interlocutory Order appealable as of right  ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge James E. Boasberg             Magistrate Judge
   d. Date of order(s) appealed (use date docketed): 5/15/2014   e. Date notice of appeal filed: 5/19/2014
   f. Has any other notice of appeal been filed in this case?  ☐ Yes ☒ No   If YES, date filed:
   g. Are any motions currently pending in trial court? ☐ Yes ☒ No   If YES, date filed:
      If YES, identify motion
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)?  ☐ Yes ☒ No
      If NO, why not? No proceedings exist requiring a transcript.
   i. Has this case been before the Court under another appeal number? ☒ Yes  Appeal # 10-7036   ☐ No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue*, currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ☐ Yes ☒ No If YES, give each case's court and case name, and docket number:

   k. Does this case turn on validity or correct interpretation or application of a statute?   ☒ Yes ☐ No
      If YES, give popular name and citation of statute Firearms Amendment Act, D.C. Code § 7-2501.01 et seq.
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution? ☐ Yes ☒ No   If so, provide program name and participation dates

Signature /s/ Stephen P. Halbrook    Date 6/13/14
Name of Party Dick Anthony Heller
Name of Counsel for Appellant/Petitioner Stephen P. Halbrook
Address 3925 Chain Bridge Road, Suite 403, Fairfax, VA 22030
Phone ( 703 )  352-7276    Fax ( 703 )  359-0938

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)