# United States Court of Appeals
# District of Columbia Circuit

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Dick Anthony Heller, et al.

**v.**

District of Columbia, et al.

**Case No:** 14-7071

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

- (●) Appellant(s)/Petitioner(s)
- ( ) Appellee(s)/Respondent(s)
- ( ) Intervenor(s)
- ( ) Amicus Curiae

Dick Anthony Heller

Absalom F. Jordan, Jr.

William Carter

William L. Scott

Asar M. Mustafa

Names of Parties                    Names of Parties

### Counsel Information

**Lead Counsel:** Stephen P. Halbrook

**Direct Phone:** (703) 352-7276  **Fax:** (703) 359-0938  **Email:** protell@aol.com

**2nd Counsel:** Dan M. Peterson

**Direct Phone:** (703) 352-7276  **Fax:** (703) 359-0938  **Email:** dan@danpetersonlaw.com

**3rd Counsel:**

**Direct Phone:** ( ) -  **Fax:** ( ) -  **Email:**

**Firm Name:**

**Firm Address:** 3925 Chain Bridge Road, Suite 403, Fairfax, VA 22030

**Firm Phone:** ( ) -  **Fax:** ( ) -  **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)