IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

DICK ANTHONY HELLER, *et al.*                  )
                                               )
    Appellants                             )
                                               )
        v.                           )        No. 14-7071
                                               )
THE DISTRICT OF COLUMBIA, *et al.*             )
                                               )
    Appellees                              )

**STATEMENT REGARDING DEFERRED APPENDIX**

Pursuant to Fed. R. App. P. 30 and Circuit Rule 30(c), Appellants state that they do not intend to utilize the deferred appendix option.

Respectfully submitted,

Dick Anthony Heller
Absalom F. Jordan, Jr.
William Carter
William Scott
Asar Mustafa

By counsel

/s/Stephen P. Halbrook
Stephen P. Halbrook
D.C. Bar No. 379799
Suite 403
3925 Chain Bridge Road
Fairfax, VA 22030
(703) 352-7276
(703) 359-0938 (fax)
protell@aol.com

-1-

<u>/s/ Dan M. Peterson</u>
Dan M. Peterson
D.C. Bar No. 418360
Dan M. Peterson, PLLC
3925 Chain Bridge Road, Suite 403
Fairfax, VA  22030
(703) 352-7276
(703) 359-0938 (fax)
dan@danpetersonlaw.com

Counsel for Appellants