IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| DICK ANTHONY HELLER, *et al.* | ) | |
| | ) | |
| Appellants | ) | |
| | ) | |
| v. | ) | No. 14-7071 |
| | ) | |
| THE DISTRICT OF COLUMBIA, *et al.* | ) | |
| | ) | |
| Appellees | ) | |

## STATEMENT OF ISSUES TO BE RAISED

1.     Whether the challenged firearm registration requirements in D.C. Code § 7-2501.01 *et seq.* violate the Second Amendment to the United States Constitution.

2.     Whether the district court erred in treating plaintiffs' Motions to Strike Expert Reports of defendants' witnesses Vince, Jones, and Lanier as motions *in limine*, and in denying those motions.

3.     Whether the prohibitions on "assault weapons" and "large capacity ammunition feeding devices" violate the Second Amendment, and whether those prohibitions are authorized by D.C. Code § 1-303.43. (This issue will not be briefed because it was decided by this court on a previous appeal in this case, but the issue has been preserved below by the Third Amended Complaint and is preserved in this court).

Respectfully submitted,

Dick Anthony Heller
Absalom F. Jordan, Jr.
William Carter
William Scott
Asar Mustafa

By counsel

/s/Stephen P. Halbrook
Stephen P. Halbrook
D.C. Bar No. 379799
Suite 403
3925 Chain Bridge Road
Fairfax, VA 22030
(703) 352-7276
(703) 359-0938 (fax)
protell@aol.com

/s/ Dan M. Peterson
Dan M. Peterson
D.C. Bar No. 418360
Dan M. Peterson, PLLC
3925 Chain Bridge Road, Suite 403
Fairfax, VA  22030
(703) 352-7276
(703) 359-0938 (fax)
dan@danpetersonlaw.com

Counsel for Appellants

## CERTIFICATE OF SERVICE

I hereby certify that copies of the Statement of Issues to be Raised, Civil Docketing Statement, Transcript Status Report, Entry of Appearance, Certificate of Counsel as to Parties, Rulings, and Related Cases, Statement Regarding Deferred Appendix, and Underlying Decision in Case were mailed, first class postage prepaid, to Andrew J. Saindon, Assistant Attorney General, and Loren L. AliKhan, Deputy Solicitor General, 441 Fourth Street, N.W., 6th Floor South, Washington, D.C. 20001 this 13th day of June, 2014.

/s/Stephen P. Halbrook
Stephen P. Halbrook