# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Dick Anthony Heller, et al.

**v.** District of Columbia, et al.

**Case No:** 14-7071

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

○ Appellant(s)/Petitioner(s)  ● Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae

District of Columbia

Mayor Vincent C. Gray

**Names of Parties**                **Names of Parties**

### Counsel Information

**Lead Counsel:** Loren L. AliKhan, Deputy Solicitor General

**Direct Phone:** (202) 727-6287  **Fax:** (202) 730-1864  **Email:** loren.alikhan@dc.gov

**2nd Counsel:** Todd S. Kim, Solicitor General

**Direct Phone:** (202) 724-6609  **Fax:** ( ) -  **Email:** todd.kim@dc.gov

**3rd Counsel:** Holly M. Johnson, Assistant Attorney General

**Direct Phone:** (202) 442-9890  **Fax:** (202) 715-7713  **Email:** holly.johnson@dc.gov

**Firm Name:** Office of the Solicitor General, Office of the Attorney General for the District of Columbia

**Firm Address:** One Judiciary Square, 441 4th Street, N.W., Suite 600S, Washington, D.C. 20001

**Firm Phone:** (202) 727-6287  **Fax:** (202) 730-1864  **Email:** loren.alikhan@dc.gov

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)

## CERTIFICATE OF SERVICE

I certify that on June 20, 2014, electronic copies of this entry of appearance were served through the Court's ECF system, to:

Stephen P. Halbrook
Dan M. Peterson
3925 Chain Bridge Road, Suite 403
Fairfax, VA 22030
protell@aol.com
dan@danpetersonlaw.com

/s/ Loren L. AliKhan
LOREN L. ALIKHAN