NOT YET SCHEDULED FOR ORAL ARGUMENT

No. 14-7071

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

DICK ANTHONY HELLER, *et al.*,
APPELLANTS,

v.

DISTRICT OF COLUMBIA; MAYOR VINCENT C. GRAY,
APPELLEES.

ON APPEAL FROM A JUDGMENT OF THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**

**A. Parties and Amici.** All parties, intervenors, and amici appearing before the district court and in this Court are listed in the certificate for appellant.

**B. Rulings Under Review.** The reference to the ruling at issue appears in the certificate for appellant.

**C. Related Cases.** All related cases are listed in the certificate for appellant.

Respectfully submitted,

IRVIN B. NATHAN
Attorney General for the District of Columbia

TODD S. KIM
Solicitor General

/s/ Loren L. AliKhan
LOREN L. ALIKHAN
Deputy Solicitor General

HOLLY M. JOHNSON
Assistant Attorney General

Office of the Solicitor General
Office of the Attorney General
441 4th Street, N.W., Suite 600S
Washington, D.C. 20001
June 2014 (202) 727-6287

# CERTIFICATE OF SERVICE

I certify that on June 20, 2014, electronic copies of this certificate were served through the Court's ECF system, to:

Stephen P. Halbrook
Dan M. Peterson
3925 Chain Bridge Road, Suite 403
Fairfax, VA 22030
protell@aol.com
dan@danpetersonlaw.com

/s/ Loren L. AliKhan
LOREN L. ALIKHAN