**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| DICK ANTHONY HELLER, et al., )| |
| )| |
| Plaintiffs-Appellants, )| |
| )| |
| v. )| Case No. 14-7071 |
| )| |
| DISTRICT OF COLUMBIA, et al., )| |
| )| |
| Defendants-Appellees. )| |

**NOTICE OF INTENT TO PARTICIPATE AS
AMICUS CURIAE AND REPRESENTATION OF CONSENT OF
<u>BRADY CENTER TO PREVENT GUN VIOLENCE</u>**

Pursuant to Federal Rule of Appellate Procedure 29 and Circuit Rule 29, the

Brady Center To Prevent Gun Violence (Brady Center) hereby notifies the Court

that it intends to participate in this appeal as amicus curiae in support of

Defendants-Appellees and that all parties have consented to the Brady Center's

participation.

1.     On May 15, 2014, the district court issued an Order in *Heller v. District

of Columbia*, No. 1:08-cv-01289-JEB (D.D.C.), granting summary judgment in

favor of Defendants-Appellees and denying Plaintiffs-Appellants' cross-motion for

summary judgment.  In the Order and accompanying Memorandum Opinion, the

district court rejected Plaintiffs-Appellants' Second Amendment challenge to

various aspects of the District of Columbia's existing firearm regulations. This appeal followed.

2.      The Brady Center is a non-profit organization dedicated to reducing gun violence through education, research, and legal advocacy. Through its Legal Action Project, the Brady Center has filed numerous briefs amicus curiae in cases involving the constitutionality of gun laws, including in *Heller v. District of Columbia ("Heller II")*, 670 F.3d 1244 (D.C. Cir. 2011), *McDonald v. City of Chicago*, 130 S. Ct. 3020 (2010), *District of Columbia v. Heller*, 554 U.S. 570 (2008), *United States v. Skoien*, 614 F.3d 638 (7th Cir. 2010) (en banc), *United States v. White*, 593 F.3d 1199 (11th Cir. 2009), and *City of Chicago v. United States Department of Justice*, 423 F.3d 777 (7th Cir. 2004).

3.      The Brady Center has a compelling interest in ensuring that the Second Amendment does not stand as an obstacle to strong governmental action to prevent gun violence. The Brady Center's advocacy and litigation efforts focus on the problem of gun violence and its impact on domestic-violence victims, law-enforcement personnel, and society at large. The Brady Center respectfully suggests that it will bring a unique perspective to these concerns.

4.      The Brady Center has been authorized by counsel for Plaintiffs-Appellants and counsel for Defendants-Appellees to represent that they consent to its participation as amicus curiae.

Respectfully submitted,

/s/ Francesco Valentini
PAUL R.Q. WOLFSON
FRANCESCO VALENTINI
LAURA MORANCHEK HUSSAIN
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC  20006
(202) 663-6000
francesco.valentini@wilmerhale.com

Dated:  September 3, 2014

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Appellate Procedure 26.1 and Circuit Rule 26.1, the Brady Center To Prevent Gun Violence certifies that it is a § 501(c)(3) non-profit corporation dedicated to reducing gun violence through education, research, and legal advocacy. The Brady Center To Prevent Gun Violence has no parent corporation, and no publicly held corporation holds ten percent or more of its stock.

/s/ Francesco Valentini
PAUL R.Q. WOLFSON
FRANCESCO VALENTINI
LAURA MORANCHEK HUSSAIN
WILMER CUTLER PICKERING
    HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC  20006
(202) 663-6000
francesco.valentini@wilmerhale.com

Dated:  September 3, 2014

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 3, 2014, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit using the appellate CM/ECF system. Counsel for all parties to the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

/s/ Francesco Valentini
FRANCESCO VALENTINI
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC  20006
(202) 663-6000
francesco.valentini@wilmerhale.com

Dated:  September 3, 2014