# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Dick Anthony Heller et al.

**v.** District of Columbia et al.

**Case No:** 14-7071

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

○ Appellant(s)/Petitioner(s)   ○ Appellee(s)/Respondent(s)   ○ Intervenor(s)   ● Amicus Curiae

Brady Center To Prevent Gun Violence

Names of Parties                                    Names of Parties

### Counsel Information

**Lead Counsel:** Paul R.Q. Wolfson

**Direct Phone:** (202) 663-6390   **Fax:** (202) 663-6363   **Email:** paul.wolfson@wilmerhale.com

**2nd Counsel:** Francesco Valentini

**Direct Phone:** (202) 663-6559   **Fax:** (202) 663-6363   **Email:** francesco.valentini@wilmerhale.com

**3rd Counsel:**

**Direct Phone:** (   )    -      **Fax:** (   )    -      **Email:**

**Firm Name:** Wilmer Cutler Pickering Hale and Dorr LLP

**Firm Address:** 1875 Pennsylvania Avenue NW, Washington, DC 20006

**Firm Phone:** (202) 663-6000   **Fax:** (202) 663-6363   **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)

# CERTIFICATE OF SERVICE

I hereby certify that, on September 3, 2014, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit using the appellate CM/ECF system. Counsel for all parties to the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

/s/ Francesco Valentini
FRANCESCO VALENTINI
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
(202) 663-6000
francesco.valentini@wilmerhale.com

Dated: September 3, 2014