# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| DICK ANTHONY HELLER, et al., | ) | |
| | ) | |
| Plaintiff-Appellants, | ) | |
| | ) | |
| v. | ) | Case No. 14-7071 |
| | ) | |
| DISTRICT OF COLUMBIA, et al., | ) | |
| | ) | |
| Defendant-Appellees. | ) | |
| | ) | |

## NOTICE OF INTENT TO PARTICIPATE AS AMICUS CURIAE AND REPRESENTATION OF CONSENT OF NATIONAL RIFLE ASSOCIATION

COMES NOW the National Rifle Association, Inc. ("NRA"), pursuant to Fed. R. App. Pro. 29 and Circuit Rule 29, and hereby notifies this Court that it intends to appear in this action as *amicus curiae* in support of Plaintiff-Appellants, and that all parties have consented to the NRA's participation in this appeal.

1. The NRA was founded in 1871 by Colonel William C. Church and General George Wingate to promote rifle marksmanship skills in the United States. Over the past 150 years, its membership has grown to include over five million members nationwide. The NRA has remained true to its founding principles, still working tirelessly today to advocate for safe firearm shooting, quality marksmanship, thorough training, and sound education. The NRA represents the interests of its members in defending the Second Amendment, and has appeared as

*amicus curiae* in countless cases involving the right to keep and bear arms. The NRA respectfully submits that it is uniquely situated to bring an important perspective to the resolution of the issues raised in this appeal.

2. The NRA is familiar with lawsuits around the country that involve interests protected by the Second Amendment at both the state and federal level. The NRA's expertise allows it to provide the Court with an up-to-date distillation of the relevant law governing the standard of review and evidence admissible in cases involving the Second Amendment.

3. The NRA has been authorized by counsel for all parties to represent to the Court that they have consented to the NRA's appearance as *amicus curiae*.

## CORPORATE DISCLOSURE STATEMENT

The NRA does not have any parent company. It has no stock, and therefore, no publicly held company owns 10% or more of its stock.

Respectfully submitted, this 5th day of September, 2014.

/s/ John Parker Sweeney
John Parker Sweeney (Bar No. 27982)
James W. Porter, III (Bar No. 54647)
**BRADLEY ARANT BOULT CUMMINGS, LLP**
1615 L Street NW
Suite 1350
Washington, DC 20036
Tel: 202-393-7150
Fax: 202-719-8332
jsweeney@babc.com

## CERTIFICATE OF SERVICE

I hereby certify that, on September 5, 2014, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit using the appellate CM/ECF system. A copy of the foregoing was electronically served upon all counsel of record through that system.

<u>/s/ John Parker Sweeney</u>
Of Counsel