IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| DICK ANTHONY HELLER, et al., | ) | |
| | ) | |
| Plaintiffs-Appellants, | ) | |
| | ) | |
| v. | ) | Case No. 14-7071 |
| | ) | |
| DISTRICT OF COLUMBIA, et al., | ) | |
| | ) | |
| Defendants-Appellees. | ) | |
| _____ | ) | |

**NOTICE OF INTENT TO PARTICIPATE AS
AMICI CURIAE AND REPRESENTATION OF CONSENT TO FILE OF
THE CRPA FOUNDATION, PINK PISTOLS, ET AL.**

Pursuant to Rule 29 of the Federal Rules of Appellate Procedure and D.C. Circuit Rule 29, the CRPA Foundation, Pink Pistols, and identity-based sporting organizations, hereby notify this Court that they intend to appear in this action as amici curiae in support of Plaintiffs-Appellants. All parties have consented to the participation of these groups in this appeal.

1.  The CRPA Foundation is a non-profit entity classified under section 501(c)(3) of the Internal Revenue Code, with headquarters in Fullerton, California. The CRPA Foundation challenges unconstitutional laws, seeks to defend and expand legal recognition of the rights protected by the Second Amendment, promotes firearms and hunting safety, protects hunting rights, enhances

1

marksmanship skills of those participating in shooting sports, and educates the general public about firearms in their historic, technological, and aesthetic context.

2. Pink Pistols is an unincorporated shooting society with chapters throughout the United States. Pink Pistols advocates the responsible and lawful use of firearms for self-defense, an issue of particular concern to sexual minorities—whether gay, lesbian, bisexual, or transgender—because they are particularly subject to violence based on discriminatory animus.

3. The identity-based non-profit sporting organizations are comprised of segments of the population, including women and the disabled, that are disproportionately the targets of armed criminal violence and that therefore vigorously support the right to keep and bear arms. At the time of this filing, the identity-based sporting groups that may join this brief have yet to be confirmed.

4. Each proposed amicus party represents the interests of its members in defending the Second Amendment, and has appeared as amicus curiae in various cases involving the right to keep and bear arms.

5. Each proposed amicus party will offer its unique experience, knowledge, and perspective to aid the Court in the proper resolution of this case. And they have at their service preeminent Second Amendment scholars, firearms, ammunition, and self-defense experts, and lawyers with decades of experience in

firearms litigation. Amici respectfully submit that they are uniquely situated to bring an important perspective to the resolution of the issues raised in this appeal.

6. Counsel for all parties have consented to the appearance of these organizations.

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to D.C. Rule 29, Amici Curiae, the CRPA Foundation and Pink Pistols, hereby submit the following corporate disclosure statements.

The CRPA Foundation is a nonprofit organization which has no parent corporation. It issues no stock, and therefore no publicly held company owns 10% or more of its stock.

Amicus Curiae Pink Pistols is an unincorporated association without shareholders or parent companies.

Respectfully submitted, this 5th day of September, 2014.

.                                                                **PISCIOTTI, MALSCH & BUCKLEY, P.C.**

                                                      s/ Jeffrey Malsch
445 Hamilton Ave., Suite 1102
White Plains, NY 10601
Telephone: (914) 287-7711
Fax: (914) 287-7715
Email: jmalsch@pmblegalfirm.com

Counsel for Amicus Curiae

# **CERTIFICATE OF SERVICE**

I hereby certify that, on September 5, 2014, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit using the appellate CM/ECF system. A copy of the foregoing was electronically served upon all counsel of record through that system.

                                                                      s/ Jeffrey Malsch
                                                                      Jeffrey Malsch
                                                                      jmalsch@pmblegalfirm.com