# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| DICK HELLER, *et al.*, | ) | |
| | ) | |
| Appellants, | ) | |
| | ) | |
| v. | ) | No. 14-7071 |
| | ) | |
| DISTRICT OF COLUMBIA, *et al.*, | ) | |
| | ) | |
| Appellees. | ) | |

## GUN OWNERS OF AMERICA, INC., *ET AL.*
## NOTICE OF PARTIES' CONSENT FOR FILING OF AN
## *AMICUS CURIAE* BRIEF IN SUPPORT OF APPELLANTS

Pursuant to Rule 29(b), Federal Rules of Appellate Procedure, and D.C. Circuit Rule 29(b), the nonprofit organizations, Gun Owners of America, Inc., Gun Owners Foundation, Gun Owners of California, Inc., U.S. Justice Foundation, Lincoln Institute for Research and Education, The Abraham Lincoln Foundation for Public Policy Research, Institute on the Constitution, Conservative Legal Defense and Education Fund, Policy Analysis Center, Downsize DC Foundation, and DownsizeDC.org (the "*amici curiae*"), by and through their undersigned counsel, hereby give notice that the parties have consented to the participation herein by the *amici curiae* by filing an *amicus curiae* brief in support of Appellants.

The brief of these *amici curiae* will be filed no later than seven days after the filing of the Appellants' principal brief, pursuant to F.R.A.P. 29(e), or such other time as the Court may assign.

Respectfully submitted,

/s/ William J. Olson

_____
*William J. Olson
Herbert W. Titus
Robert J. Olson
Jeremiah L. Morgan
John S. Miles
WILLIAM J. OLSON, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA  22180-5615
(703) 356-5070
wjo@mindspring.com

Attorneys for *Amici Curiae* Gun Owners of America, Inc., *et al.*

September 8, 2014

*Counsel of record

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

DICK HELLER, *et al.*,            )
                                  )
    Appellants,           )
                                  )
v.                                )   No. 14-7071
                                  )
DISTRICT OF COLUMBIA, *et al.*,   )
                                  )
    Appellees.            )
_____)

## GUN OWNERS OF AMERICA, INC. *ET AL* CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1, Federal Rules of Appellate Procedure, and D.C. Circuit Rules 26.1, 27(a) and 29(b), the *amici curiae*, Gun Owners of America, Inc., Gun Owners Foundation, Gun Owners of California, Inc., U.S. Justice Foundation, Lincoln Institute for Research and Education, The Abraham Lincoln Foundation for Public Policy Research, Conservative Legal Defense and Education Fund, Policy Analysis Center, Downsize DC Foundation, and DownsizeDC.org, are non-stock, nonprofit corporations, none of which has any parent company, and no person or entity owns them or any part of them. The Institute on the Constitution is not a publicly traded corporation, nor does it have a parent company which is a publicly traded corporation.

        Respectfully submitted,

        /s/ William J. Olson

        _____
        *William J. Olson
        Herbert W. Titus
        Robert J. Olson
        Jeremiah L. Morgan
        John S. Miles
        WILLIAM J. OLSON, P.C.
        370 Maple Avenue West, Suite 4
        Vienna, VA  22180-5615
        (703) 356-5070
        wjo@mindspring.com

        Attorneys for *Amici Curiae* Gun
        Owners of America, Inc., *et al.*

September 8, 2014

*Counsel of record

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| DICK HELLER, *et al.*, ) | |
| ) | |
| Appellants, ) | |
| ) | |
| v. ) | No. 14-7071 |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Appellees. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2014, the foregoing Gun Owners of America, Inc., *et al.* Notice of Parties' Consent for Filing of an *Amicus Curiae* Brief in Support of Appellants, together with Rule 26.1 Corporate Disclosure Statement of Gun Owners of America, Inc., *et al.,* were served upon the parties by the Court's Case Management/Electronic Case Files system to the attorneys for the respective parties

    /s/ William J. Olson
William J. Olson
WILLIAM J. OLSON, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA  22180-5615
(703) 356-5070
wjo@mindspring.com