# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

DICK ANTHONY HELLER, et al., )
                                               )
      Plaintiffs-Appellants,     )
                                               )
v.                                              )         Case No. 14-7071
                                               )
DISTRICT OF COLUMBIA, et al.,  )
                                              )
      Defendants-Appellees.     )
                                              )

**SUPPLEMENTAL NOTICE OF INTENT TO PARTICIPATE AS AMICI CURIAE OF THE CRPA FOUNDATION, PINK PISTOLS, SECOND AMENDMENT SISTERS, AND WOMEN AGAINST <u>GUN CONTROL, INC.</u>**

Pursuant to Rule 29 of the Federal Rules of Appellate Procedure and D.C. Circuit Rule 29, the CRPA Foundation and Pink Pistols notified this Court on September 5, 2014, that they intended to appear in this action as amici curiae in support of Plaintiffs-Appellants. On September 9, 2014, two additional non-profit organizations, Second Amendment Sisters, Inc., and Women Against Gun Control, Inc., agreed to join the CRPA Foundation and Pink Pistols amici brief. Amici thus file this amended Notice of Intent to Participate as Amici Curiae.

      1.      The CRPA Foundation is a non-profit entity classified under section 501(c)(3) of the Internal Revenue Code, with headquarters in Fullerton, California. The CRPA Foundation challenges unconstitutional laws, seeks to defend and

expand legal recognition of the rights protected by the Second Amendment, promotes firearms and hunting safety, protects hunting rights, enhances marksmanship skills of those participating in shooting sports, and educates the general public about firearms in their historic, technological, and aesthetic context.

2. Pink Pistols is an unincorporated shooting society with chapters throughout the United States. Pink Pistols advocates the responsible and lawful use of firearms for self-defense, an issue of particular concern to sexual minorities—whether gay, lesbian, bisexual, or transgender—because they are particularly subject to violence based on discriminatory animus.

3. Second Amendment Sisters, Inc., a women's advocacy group founded in 1999, is a nationwide, non-profit organization with headquarters in Lakeway, TX. The organization is "dedicated to preserving the basic human right of self-defense, as recognized by the Second Amendment." It admits both women and men, and it advocates for education and responsible gun practices, as well as enforcement of laws against violent criminals.

4. Women Against Gun Control, Inc., is a domestic non-profit corporation. It has been a leading national advocacy group for women's Second Amendment rights for more than two decades. Its motto is "The Second Amendment *is* the Equal Rights Amendment."Among other things, Women Against Gun Control works to raise public awareness of the growing number of

women who actively support the Second Amendment right to keep and bear arms, and it "encourages and helps promote firearms instruction and gun safety training."

5. Each proposed amicus party represents the interests of its members in defending the Second Amendment, and has appeared as amicus curiae in various cases involving the right to keep and bear arms.

6. Each proposed amicus party will offer its unique experience, knowledge, and perspective to aid the Court in the proper resolution of this case. And they have at their service preeminent Second Amendment scholars, firearms, ammunition, and self-defense experts, and lawyers with decades of experience in firearms litigation. Amici respectfully submit that they are uniquely situated to bring an important perspective to the resolution of the issues raised in this appeal.

7. Counsel for all parties consented to the filing of the Brief of Amici Curiae CRPA Foundation, Pink Pistols, Second Amendment Sisters, and Women Against Gun Control in Support of Appellants for Reversal, filed with this Court on September 9, 2014.

## CORPORATE DISCLOSURE STATEMENT

Pursuant to D.C. Rule 29, Amici Curiae hereby submit the following corporate disclosure statements.

The CRPA Foundation is a nonprofit organization which has no parent corporation. It issues no stock, and therefore no publicly held company owns 10%

or more of its stock.

Amicus Curiae Pink Pistols is an unincorporated association without shareholders or parent companies.

Amicus Curiae Second Amendment Sisters, Inc., is a 501(c)(4) non-profit corporation. It has no parent corporation, nor does any publicly held corporation hold 10% or more of its stock.

Amicus Curiae Women Against Gun Control, Inc., is a domestic non-profit corporation. It has no parent corporation, nor does any publicly held corporation own 10% or more of its stock.

Respectfully submitted, this 12th day of September, 2014.

PISCIOTTI, MALSCH & BUCKLEY, P.C.

/s/ Jeffrey Malsch
Jeffrey Malsch
445 Hamilton Ave., Suite 1102
White Plains, NY 10601
Telephone: (914) 287-71
Fax: (914) 287-7715
Email: jmalsch@pmblegalfirm.com

Counsel for Amicus Curiae

# CERTIFICATE OF SERVICE

I hereby certify that, on September 12, 2014, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit using the appellate CM/ECF system. A copy of the foregoing was electronically served upon all counsel of record through that system.

/s/ Jeffrey Malsch
Jeffrey Malsch
jmalsch@pmblegalfirm.com
Counsel for Amicus Curiae