No. 14-7071

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

DICK ANTHONY HELLER, *et al.*,
APPELLANTS,

V.

DISTRICT OF COLUMBIA, *et al.*,
APPELLEES.

_____

ON APPEAL FROM A JUDGMENT OF THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

_____

**CONSENT MOTION TO EXTEND BRIEFING SCHEDULE**

_____

The District of Columbia and Mayor Vincent C. Gray's response brief is presently due on October 2, 2014. Due to the press of other matters affecting the parties in this Court and other courts, the parties request that the briefing schedule be reset accordingly:

| | |
|---|---|
| Respondent's Brief | November 17, 2014 |
| Appellant's Reply Brief | December 17, 2014 |

There is good cause to extend the briefing schedule. Undersigned counsel have been heavily engaged with drafting and/or supervising several other briefs in both this Court and the D.C. Court of Appeals, including *In re: E.L.R.*, DCCA Nos. 14-FS-138 & -519 (filed Sept. 9); *N.B. v. D.C.*, D.C. Cir. No. 14-7054 (filed Sept.

12); *Ford v. Snowden*, DCCA No. 13-MM-228 (filed Sept. 15); *Rodriguez v. D.C.*, DCCA No. 13-CV-1027 (due Sept. 17); *Harvey v. Mohammed*, D.C. Cir. No. 13-7082 (due Sept. 22); *Cannon v. D.C.*, D.C. Cir. No. 14-7014 (due Sept. 26); *Baumann v. D.C.*, D.C. Cir. No. 13-7189 (due Oct. 1); *Lee v. D.C.*, D.C. Cir. No. 13-7123 (due Oct. 3); *Eley v. D.C.*, D.C. Cir. No. 13-7196 (due Oct. 3), *In re: D.C.*, D.C. Cir. No. 14-8001 (due Oct. 10); and *UMC Development, LLC v. D.C.*, DCCA No. 14-CV-543 (due Nov. 10), among many others. The undersigned also has oral arguments in the D.C. Court of Appeals on September 26 in *D.C. v. Reid*, DCCA No. 14-CV-292, and on October 30 in *Walker v. Office of the Chief Info. Tech. Officer*, DCCA No. 13-CV-778.

Appellees have consented to the requested extension, and ask that their reply brief deadline be extended to December 17, 2014, in order to accommodate the schedule change, any bottom-side amicus briefs, and the Thanksgiving holiday.

For the foregoing reasons, the briefing schedule should be extended as described above.

Respectfully submitted,

IRVIN B. NATHAN
Attorney General for the District of Columbia

TODD S. KIM
Solicitor General

/s/ Loren L. AliKhan
LOREN L. ALIKHAN
Deputy Solicitor General
Office of the Solicitor General

Office of the Attorney General
441 4th Street, NW, Suite 600S
Washington, D.C. 20001
September 2014                    (202) 727-6287

**CERTIFICATE OF SERVICE**

I certify that on September 16, 2014, this consent motion to extend the briefing schedule was served on all parties registered through the CM/ECF system.


/s/ Loren L. AliKhan
LOREN L. ALIKHAN