No. 14-7071

IN THE
UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**DICK ANTHONY HELLER, ET AL.,**

*Plaintiffs-Appellants*,

v.

**DISTRICT OF COLUMBIA, ET AL.,**

*Defendants-Appellees.*

On Appeal from the United States District Court
for the District of Columbia
Hon. James E. Boasberg, District Judge

**NOTICE OF CONSENT GRANTED TO THE INTERNATIONAL MUNICIPAL LAWYERS ASSOCIATION, MAJOR CITY CHIEFS OF POLICE ASSOCATION, AND UNITED STATES CONFERENCE OF MAYORS TO PARTICIPATE AS AMICI CURIAE IN SUPPORT OF DEFENDANTS-APPELLEES AND AFFIRMANCE**

Pursuant to Federal Rule of Appellate Procedure 29 and Circuit Rule 29, the International Municipal Lawyers Association, the Major City Chiefs of Police Association, and the United States Conference of Mayors hereby notify the Court that they intend to participate in this

1

appeal as amici curiae in support of Defendants-Appellees and affirmance.

1. This is an appeal from an order of the district court granting summary judgment in favor of Defendants-Appellees and upholding portions of the District of Columbia's ordinance requiring the registration of firearms against a challenge under the Second Amendment to the United States Constitution.

2. The International Municipal Lawyers Association is a non-profit, professional organization of over 3,500 local government entities, including cities, counties, and special district entities, as represented by their chief legal officers, state municipal leagues, and individual attorneys.

3. The Major Cities Chiefs of Police Association ("MCCPA") is a professional association of chief police executives representing the largest cities in the United States, Canada and the United Kingdom. MCCPA membership is comprised of Chiefs and Sheriffs of the sixty-six largest law enforcement agencies in the United States, the nine largest in Canada and two in the United Kingdom.

4. The United States Conference of Mayors is the official non-partisan organization of all United States cities with populations of 30,000 or more.

5. Each of these organizations represent public officials whose responsibilities include protecting the public against violent firearms crime and have a compelling interest in ensuring that the Second Amendment is not interpreted in an unwarranted fashion to prevent firearms regulation that local governments may regard as essential to securing the public's safety and welfare. These organizations will be able to offer unique insights regarding firearm regulations from the perspective of other law enforcement agencies and municipalities across the United States.

6. The parties have consented to the participation of the International Municipal Lawyers Association, the Major City Chiefs of Police Association, and the United States Conference of Mayors as amici curiae in this appeal.

Respectfully Submitted:


 /s/ Howard R. Rubin
Howard R. Rubin              Lawrence Rosenthal
Daniel Lipton                CHAPMAN UNIVERSITY
KATTEN MUCHIN ROSENMAN LLP   FOWLER SCHOOL OF LAW
2900 K Street, N.W.          One University Drive
North Tower, Suite 200       Orange, CA 92866
Washington, DC 20007-5118    (714) 628-2650
(202) 625-3534

Dated: September 26, 2014

**CORPORATE DISCLOSURE STATEMENT**
Fed. R. App. P. 26.1, Circuit Rule 26.1

Pursuant to Fed. R. App. P. 26.1 and D.C. Cir. R. 26.1, the International Municipal Lawyers Association ("IMLA"), is a non-profit professional organization that serves as an advocate for local government attorneys. The IMLA certifies that it has no parent corporation and that no publicly held corporation holds more than 10% of its stock.

The Major City Chiefs of Police Association ("MCCPA") is a professional organization of police executives representing some of the largest law enforcement agencies in the United States, Canada and the United Kingdom. The MCCPA certifies that it has no parent corporation and that no publicly held corporation holds more than 10% of its stock.

The United States Conference of Mayors ("USCM") is a non-profit organization of U.S. cities with populations of 30,000 or more that promotes the development of effective national urban and suburban policy. The USCM certifies that it does not issue stock and, therefore, has no parent corporation and no publicly held corporation holds more than 10% of its stock.

/s/ Howard R. Rubin
Howard R. Rubin                                    Lawrence Rosenthal
Daniel Lipton                                      CHAPMAN UNIVERSITY
KATTEN MUCHIN ROSENMAN LLP                         FOWLER SCHOOL OF LAW
2900 K Street, N.W.                                One University Drive
North Tower, Suite 200                             Orange, CA 92866
Washington, DC 20007-5118                          (714) 628-2650
(202) 625-3534

Dated: September 26, 2014

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Notice of Intent to Participate as Amici Curiae with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit using the Appellate CM/ECF system on September 26, 2014.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the Appellate CM/ECF system.

/s/ Howard R. Rubin
Howard R. Rubin
KATTEN MUCHIN ROSENMAN LLP
2900 K Street, N.W.
North Tower, Suite 200
Washington, DC 20007-5118
(202) 625-3534
howard.rubin@kattenlaw.com

Dated: September 26, 2014