# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Dick Heller, et al.

**v.**

District of Columbia, et al.

**Case No:** 14-7071

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

○ Appellant(s)/Petitioner(s)   ○ Appellee(s)/Respondent(s)   ○ Intervenor(s)   ● Amicus Curiae

International Municipal Lawyers Association

Major City Chiefs of Police Association

United States Conference of Mayors

Names of Parties                                Names of Parties

### Counsel Information

Lead Counsel: Howard R. Rubin

Direct Phone: (202) 625-3534   Fax: (202) 339-6057   Email: Howard.Rubin@kattenlaw.com

2nd Counsel: Daniel Lipton (application for admission to D.C. Cir. pending)

Direct Phone: (202) 625-3678   Fax: (202) 298-7570   Email: daniel.lipton@kattenlaw.com

3rd Counsel:

Direct Phone: (   )         Fax: (   )         Email:

Firm Name: Katten Muchin Rosenman LLP

Firm Address: 2900 K St. NW - Suite 200

Firm Phone: (202) 625-3500   Fax: (202) 298-7570   Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Entry of Appearance with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit using the Appellate CM/ECF system on September 29, 2014.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the Appellate CM/ECF system.

/s/ Howard R. Rubin
Howard R. Rubin
KATTEN MUCHIN ROSENMAN LLP
2900 K Street, N.W.
North Tower, Suite 200
Washington, DC 20007-5118
(202) 625-3534
howard.rubin@kattenlaw.com

Dated: September 29, 2014