No. 14-7071

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

DICK ANTHONY HELLER, *et al.*,
APPELLANTS,

v.

DISTRICT OF COLUMBIA, *et al.*,
APPELLEES.

ON APPEAL FROM A JUDGMENT OF THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**CONSENT MOTION TO EXTEND BRIEFING SCHEDULE**

The District of Columbia and Mayor Vincent C. Gray's response brief is presently due on November 17, 2014. Due to the press of other matters affecting the parties in this Court and other courts, the parties request that the briefing schedule be reset accordingly:

        Respondent's Brief        December 5, 2014

        Appellant's Reply Brief        January 14, 2015

There is good cause to extend the briefing schedule. Undersigned counsel has been heavily engaged with drafting and/or supervising several other briefs in both this Court and the D.C. Court of Appeals, including *Leggett v. District of Columbia*, D.C. Cir. No. 14-7021 (brief filed Oct. 30); *FOP v. District of*

*Columbia*, DCCA Nos. 13-CV-1061 & 13-CV-1471 (brief filed Nov. 3); *Dent v. D.C. Department of Employment Services*, DCCA No. 14-AA-527 (brief filed Nov. 5); *District of Columbia v. Vining*, DCCA No. 14-CV-231 (response to show cause filed Nov. 5); *Tingling-Clemmons v. District of Columbia*, DCCA 13-CV-954 (brief filed Nov. 5); *Araya v. District of Columbia*, D.C. Cir. No. 14-7111 (motion for summary affirmance due Nov. 6); *UMC Development LLC v. District of Columbia*, DCCA No. 14-CV-543 (brief due Nov. 10); *Anidiobu v. District of Columbia*, DCCA No. 14-CV-491 (brief due Nov. 12); *Baumann v. District of Columbia*, D.C. Cir. No. 13-7189 (brief due Nov. 14); and *Tesfaldet v. D.C. Taxicab Commission*, DCCA No. 14-AA-128 (brief due Nov. 18). The undersigned also had an oral argument in the D.C. Court of Appeals on October 30 in *Walker v. Office of the Chief Information Technology Officer*, DCCA No. 13-CV-778.

Appellants have consented to the requested extension, and ask that their reply brief deadline be extended to January 14, 2015, in order to accommodate the schedule change, any bottom-side amicus briefs, and the holiday season.

For the foregoing reasons, the briefing schedule should be extended as described above.

Respectfully submitted,

IRVIN B. NATHAN
Attorney General for the District of Columbia

TODD S. KIM
Solicitor General

/s/ Loren L. AliKhan
LOREN L. ALIKHAN
Deputy Solicitor General
Office of the Solicitor General

Office of the Attorney General
441 4th Street, NW, Suite 600S
Washington, D.C. 20001
November 2014 (202) 727-6287

**CERTIFICATE OF SERVICE**

I certify that on November 5, 2014, this consent motion to extend the briefing schedule was served on all parties registered through the CM/ECF system.

/s/ Loren L. AliKhan
LOREN L. ALIKHAN