# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 14-7071              September Term, 2014

1:08-cv-01289-JEB

Filed On: November 7, 2014

Dick Anthony Heller, et al.,

    Appellants

    v.

District of Columbia, et al.,

    Appellees

## O R D E R

Upon consideration of appellees' consent motion to extend briefing schedule, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellees' Brief | December 5, 2014 |
| Appellants' Reply Brief | January 14, 2015 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Jennifer M. Clark
Deputy Clerk