IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

|  |  |  |
|---|---|---|
| DICK ANTHONY HELLER, et al., | ) ) ) | |
| Plaintiffs-Appellants, | ) ) ) | |
| v. | ) ) ) | Case No. 14-7071 |
| DISTRICT OF COLUMBIA, et al., | ) ) ) | |
| Defendants-Appellees. | ) ) | |

**AMENDED NOTICE OF INTENT TO PARTICIPATE AS
AMICI CURIAE AND REPRESENTATION OF CONSENT OF
BRADY CENTER TO PREVENT GUN VIOLENCE, ARIZONANS FOR
GUN SAFETY, CEASEFIRE OREGON, COLORADO CEASEFIRE
CAPITOL FUND, DELAWARE COALITION AGAINST GUN VIOLENCE,
INC., EDUCATIONAL FUND TO STOP GUN VIOLENCE, GUN
VIOLENCE PREVENTION CENTER OF UTAH, ILLINOIS COUNCIL
AGAINST HANDGUN VIOLENCE, LAW CENTER TO PREVENT GUN
VIOLENCE, MAINE CITIZENS AGAINST HANDGUN VIOLENCE,
MARYLANDERS TO PREVENT GUN VIOLENCE, NEW MEXICANS FOR
GUN SAFETY, NEW YORKERS AGAINST GUN VIOLENCE, OHIO
COALITION AGAINST GUN VIOLENCE, PROTECT MINNESOTA,
STATES UNITED TO PREVENT GUN VIOLENCE, VIOLENCE POLICY
CENTER, WISCONSIN ANTI-VIOLENCE EFFORT, AND
WOMEN AGAINST GUN VIOLENCE**

Pursuant to Federal Rule of Appellate Procedure 29 and Circuit Rule 29, the following non-profit organizations hereby notify the Court of their intent to participate in this appeal as amici curiae and to join the brief amicus curiae of the Brady Center To Prevent Gun Violence ("Brady Center") in support of

Defendants-Appellees: Arizonans for Gun Safety; Ceasefire Oregon; Colorado Ceasefire Capitol Fund; Delaware Coalition Against Gun Violence, Inc.; Educational Fund to Stop Gun Violence; Gun Violence Prevention Center of Utah; Illinois Council Against Handgun Violence; Law Center to Prevent Gun Violence; Maine Citizens Against Handgun Violence; Marylanders to Prevent Gun Violence; New Mexicans for Gun Safety; New Yorkers Against Gun Violence; Ohio Coalition Against Gun Violence; Protect Minnesota; States United to Prevent Gun Violence; Violence Policy Center; Wisconsin Anti-Violence Effort; and Women Against Gun Violence. All parties have consented to amici's participation in this case.

1. On May 15, 2014, the district court issued an Order in *Heller v. District of Columbia*, No. 1:08-cv-01289-JEB (D.D.C.), granting summary judgment in favor of Defendants-Appellees and denying Plaintiffs-Appellants' cross-motion for summary judgment. In the Order and accompanying Memorandum Opinion, the district court rejected Plaintiffs-Appellants' Second Amendment challenge to various aspects of the District of Columbia's existing firearm regulations. This appeal followed.

2. On September 3, 2014, the Brady Center filed a Notice of Intent to Participate As Amicus Curiae and Representation of Consent in this appeal. That notice sets forth the nature of the Brady Center's interest in this appeal.

3. Like the Brady Center, the additional amici filing this notice focus on the problem of gun violence and its impact on the victims of gun violence and society at large.

4. Arizonans for Gun Safety is a community-based organization dedicated to reducing gun deaths and injuries with common sense, prevention-oriented solutions.

5. Ceasefire Oregon works to prevent gun violence by advocating reasonable, effective gun laws.

6. Colorado Ceasefire Capitol Fund works primarily to strengthen gun laws to reduce access to guns by persons who should not have them, and to uphold existing gun laws.

7. Delaware Coalition Against Gun Violence, Inc., formed after the tragedy of Sandy Hook, is a Section 501(c)(4) corporation whose mission is to help safeguard Delaware's citizens and communities by preventing gun violence in the state.

8. Educational Fund to Stop Gun Violence is an organization that seeks to reduce gun violence through research, strategic engagement, and policy advocacy.

9. Gun Violence Prevention Center of Utah is an organization working to end the violence and suffering resulting from the misuse of firearms.

10. Illinois Council Against Handgun Violence is the oldest and largest statewide organization in the United States working to prevent the devastation caused by firearms.

11. The Law Center to Prevent Gun Violence (formerly Legal Community Against Violence) is a national law center focused on providing comprehensive legal expertise in support of gun violence prevention and the promotion of smart gun laws that save lives.

12. Maine Citizens Against Handgun Violence works to prevent gun violence by advocating for personal responsibility, practical legislation, enforcement of laws, and increased manufacturer responsibility.

13. Marylanders to Prevent Gun Violence is a coalition that supports efforts to curb gun violence in Maryland. Among other initiatives, Marylanders to Prevent Gun Violence endeavored to present evidence and arguments urging Maryland's legislators to adopt the measures subsequently enacted as the Maryland Firearm Safety Act of 2013.

14. New Mexicans for Gun Safety is composed of the people of the state of New Mexico who are dedicated to promoting gun safety in our communities.

15. New Yorkers Against Gun Violence is an organization that works to reduce gun violence through legislative advocacy and education designed to encourage action, influence public opinion, and lead to policy change.

16. Ohio Coalition Against Gun Violence is an organization that works toward the goal of increasing safety in Ohio in regards to firearms.

17. Protect Minnesota is an organization dedicated to educating the public on gun violence prevention.

18. States United to Prevent Gun Violence is a national organization that works with 27 state affiliates, and a combined 150,000 grassroots supporters, to build healthy communities by reducing gun death and injury through stronger laws, community education, and grassroots action.

19. Violence Policy Center is an organization based in Washington, D.C., that works to stop the broad-based public health crisis that is gun violence through research, advocacy, education, and collaboration.

20. Wisconsin Anti-Violence Effort is a statewide grassroots organization solely dedicated to reducing gun violence, injuries, and deaths.

21. Women Against Gun Violence is an organization that educates the public, policymakers, and the media about the human, financial, and public health consequences of gun violence.

22. Accordingly, amici have a strong interest in ensuring that the Second Amendment does not stand as an obstacle to effective governmental action to prevent gun violence. Amici respectfully suggest that they will bring a unique perspective to these concerns.

23. Amici have been authorized by counsel for Plaintiffs-Appellants and counsel for Defendants-Appellees to represent that they consent to amici's participation as amici curiae.

                                      Respectfully submitted,

                                      /s/ Paul R.Q. Wolfson
                                      PAUL R.Q. WOLFSON
                                      FRANCESCO VALENTINI
                                      LAURA MORANCHEK HUSSAIN
                                      WILMER CUTLER PICKERING
                                          HALE AND DORR LLP
                                      1875 Pennsylvania Avenue N.W.
                                      Washington, D.C. 20006
                                      (202) 663-6000
                                      paul.wolfson@wilmerhale.com

Dated: December 11, 2014

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Circuit Rule 26.1, the Brady Center To Prevent Gun Violence certifies that it is a § 501(c)(3) non-profit corporation dedicated to reducing gun violence through education, research, and legal advocacy. The Brady Center To Prevent Gun Violence has no parent corporation, and no publicly held corporation holds ten percent or more of its stock.

Each of the additional amici filing this notice also states that it has no parent corporation and that no publicly held corporation holds ten percent or more of its stock: Arizonans for Gun Safety; Ceasefire Oregon; Colorado Ceasefire Capitol Fund; Delaware Coalition Against Gun Violence, Inc.; Educational Fund to Stop Gun Violence; Gun Violence Prevention Center of Utah; Illinois Council Against Handgun Violence; Law Center to Prevent Gun Violence; Maine Citizens Against Handgun Violence; Marylanders to Prevent Gun Violence; New Mexicans for Gun Safety; New Yorkers Against Gun Violence; Ohio Coalition Against Gun Violence; Protect Minnesota; States United to Prevent Gun Violence; Violence Policy Center; Wisconsin Anti-Violence Effort; and Women Against Gun Violence.

Amici are represented by Paul R.Q. Wolfson, who is counsel of record, Laura Moranchek Hussain, and Francesco Valentini of Wilmer Cutler Pickering Hale and Dorr LLP, 1875 Pennsylvania Avenue N.W., Washington, D.C. 20006. The Brady Center is also represented by Jonathan E. Lowy, Brady Center To Prevent Gun

Violence, Legal Action Project, 840 First Street, N.E., Suite 400, Washington, D.C. 20002.

        /s/ Paul R.Q. Wolfson
PAUL R.Q. WOLFSON
FRANCESCO VALENTINI
LAURA MORANCHEK HUSSAIN
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue N.W.
Washington, D.C. 20006
(202) 663-6000
paul.wolfson@wilmerhale.com

Dated: December 11, 2014

**CERTIFICATE OF SERVICE**

  I hereby certify that, on December 11, 2014, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit using the appellate CM/ECF system. Counsel for all parties to the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

            /s/ Paul R.Q. Wolfson
            PAUL R.Q. WOLFSON
            WILMER CUTLER PICKERING
              HALE AND DORR LLP
            1875 Pennsylvania Avenue N.W.
            Washington, D.C. 20006
            (202) 663-6000
            paul.wolfson@wilmerhale.com

Dated: December 11, 2014