# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

|   |   |   |
|---|---|---|
| DICK ANTHONY HELLER, *et al.*, | ) ) ) | |
| Plaintiffs-Appellants, | ) ) | |
| v. | ) ) | No. 14-7071 |
| THE DISTRICT OF COLUMBIA, *et al.*, | ) ) ) | |
| Defendants-Appellees. | ) ) ) | |

## DC APPLESEED CENTER FOR LAW & JUSTICE, *ET AL*. NOTICE OF PARTIES' CONSENT FOR FILING OF AN <u>*AMICI CURIAE* BRIEF IN SUPPORT OF APPELLEES</u>

Pursuant to Rule 29 of the Federal Rules of Appellate Procedure, DC Appleseed Center for Law & Justice, the League of Women Voters of the District of Columbia, and DC for Democracy, by and through their undersigned counsel, hereby give notice that the parties have consented to their filing of an *amici curiae* brief in support of Appellees.

Respectfully submitted,

HOGAN LOVELLS US LLP

By: /s/ Jonathan L. Diesenhaus
Jonathan L. Diesenhaus*
Khang V. Tran
Karla J. Aghedo
David J. Robbins
555 Thirteenth Street, NW
Washington, DC 20004
jonathan.diesenhaus@hoganlovells.com
(202) 637-5600

-and-

Walter A. Smith, Jr.
Kevin Hilgers
DC APPLESEED CENTER FOR LAW & JUSTICE
1111 14th Street NW
Suite 510
Washington, DC 20005
(202) 289-8007

Counsel for *Amici Curiae*

December 12, 2014

*Counsel of Record

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

|  |  |  |
|---|---|---|
| DICK ANTHONY HELLER, *et al.*, | ) ) ) | |
| Plaintiffs-Appellants, | ) ) | |
| v. | ) ) ) | No. 14-7071 |
| THE DISTRICT OF COLUMBIA, *et al.*, | ) ) ) | |
| Defendants-Appellees. | ) ) ) | |

## DC APPLESEED CENTER FOR LAW & JUSTICE, *ET AL.* CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure, the undersigned counsel certifies that DC Appleseed Center for Law & Justice, the League of Women Voters of the District of Columbia, and DC for Democracy are nonprofit organizations that do not issue stock and that have no parent company. No person or entity owns 10% or more of any of these *amici*.

Respectfully submitted,

HOGAN LOVELLS US LLP

By: /s/ Jonathan L. Diesenhaus
Jonathan L. Diesenhaus*
Khang V. Tran
Karla J. Aghedo
David J. Robbins
555 Thirteenth Street, NW
Washington, DC 20004
jonathan.diesenhaus@hoganlovells.com
(202) 637-5600

-and-

Walter A. Smith, Jr.
Kevin Hilgers
DC APPLESEED CENTER FOR LAW & JUSTICE
1111 14th Street NW
Suite 510
Washington, DC 20005
(202) 289-8007

Counsel for *Amici Curiae*

December 12, 2014

*Counsel of Record

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

|  |  |  |
|---|---|---|
| DICK ANTHONY HELLER, *et al.*, | ) ) ) | |
| Plaintiffs-Appellants, | ) ) | |
| v. | ) ) | No. 14-7071 |
| THE DISTRICT OF COLUMBIA, *et al.*, | ) ) ) | |
| Defendants-Appellees. | ) ) ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of December, 2014, the foregoing (1) DC Appleseed Center for Law & Justice, *et al.* Notice of Parties' Consent for Filing of an *Amici Curiae* Brief in Support of Appellees and the DC Appleseed Center for Law & Justice, *et al.* Corporate Disclosure Statement were filed through the Court's ECF system, and accordingly was served electronically on all parties.

Respectfully submitted,

HOGAN LOVELLS US LLP

By: /s/ Jonathan L. Diesenhaus
Jonathan L. Diesenhaus*
Khang V. Tran
Karla J. Aghedo
David J. Robbins
555 Thirteenth Street, NW
Washington, DC 20004
jonathan.diesenhaus@hoganlovells.com
(202) 637-5600

-and-

Walter A. Smith, Jr.
Kevin Hilgers
DC APPLESEED CENTER FOR LAW & JUSTICE
1111 14th Street NW
Suite 510
Washington, DC 20005
(202) 289-8007

Counsel for *Amici Curiae*