# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 14-7071     September Term, 2014

1:08-cv-01289-JEB

Filed On: April 9, 2015 [1546496]

Dick Anthony Heller, et al.,

    Appellants

    v.

District of Columbia, et al.,

    Appellees

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for April 20, 2015, at 9:30 A.M.:

    Appellants   -   10 Minutes

    Appellees   -   10 Minutes

One counsel per side to argue. The panel considering this case will consist of Circuit Judges Henderson and Millett, and Senior Circuit Judge Ginsburg.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by April 13, 2015.

### Per Curiam

    FOR THE COURT:
    Mark J. Langer, Clerk

BY:  /s/
    Michael C. McGrail
    Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)