# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 14-7071**                  **September Term, 2014**

1:08-cv-01289-JEB

Filed On: April 20, 2015 [1548077]

Dick Anthony Heller, et al.,

       Appellants

   v.

District of Columbia, et al.,

       Appellees

     **BEFORE:**    Circuit Judges Henderson and Millett, and Senior Circuit Judge Ginsburg

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on April 20, 2015 at 10:13 a.m. The cause was heard as case No. 2 of 3 and argued before the Court by:

   Stephen P. Halbrook, counsel for Appellants.

   Loren L. Alikhan (OAG), counsel for Appellees.

                                     **FOR THE COURT:**
                                     Mark J. Langer, Clerk

                    BY:     /s/
                                     Shana E. Thurman
                                     Deputy Clerk