# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

———

**No. 14-7071**

**September Term, 2015**

FILED ON: SEPTEMBER 18, 2015

DICK ANTHONY HELLER, ET AL.,
                    APPELLANTS

v.

DISTRICT OF COLUMBIA, ET AL.,
                    APPELLEES

———

Appeal from the United States District Court
for the District of Columbia
(No. 1:08-cv-01289)

———

Before: HENDERSON and MILLETT, *Circuit Judges*, and GINSBURG, *Senior Circuit Judge*

## **J U D G M E N T**

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof and in accordance with the opinion of the court filed herein this date, it is

**ORDERED** and **ADJUDGED** that the District Court's final order appealed from in this cause be affirmed with respect to: the basic registration requirement as applied to long guns, D.C. Code § 7-2502.01(a); the requirement that a registrant be fingerprinted and photographed and make a personal appearance to register a firearm, D.C. Code § 7-2502.04; the requirement that an individual pay certain fees associated with the registration of a firearm, D.C. Code § 7-2502.05; and the requirement that registrants complete a firearms safety and training course, D.C. Code § 7-2502.03(a)(13). The District Court's order be reversed with respect to the requirement that a person bring with him the firearm to be registered, D.C. Code § 7-2502.04(c); the requirement that a gun owner re-register his firearm every three years, D.C. Code § 7-2502.07a; the requirement that conditions registration of a firearm upon passing a test of knowledge of the District's firearms laws, D.C. Code § 7-2502.03(a)(10); and the prohibition on registration of "more than one pistol per registrant during any 30-day period," D.C. Code § 7-2502.03(e).

### **Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:

Ken Meadows
Deputy Clerk

Date: September 18, 2015

Opinion for the court filed by Senior Circuit Judge Ginsburg.
Opinion concurring in part and dissenting in part filed by Circuit Judge Henderson.