# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 14-7071**            **September Term, 2015**

1:08-cv-01289-JEB

Filed On: October 22, 2015

Dick Anthony Heller, et al.,

      Appellants

  v.

District of Columbia, et al.,

      Appellees

## O R D E R

Upon consideration of appellees' petition for rehearing en banc, it is

**ORDERED**, on the court's own motion, that within 15 days of the date of this order, appellants file a response to the petition for rehearing en banc. The response may not exceed 15 pages. Absent further order of the court, the court will not accept a reply to the response.

                                                           FOR THE COURT:
                                                           Mark J. Langer, Clerk

                                       BY:    /s/
                                                           Ken R. Meadows
                                                           Deputy Clerk