DECIDED ON SEPTEMBER 18, 2015

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| DICK ANTHONY HELLER, et al., | ) ) ) |
| Plaintiffs-Appellants, | ) ) |
| v. | ) Case No. 14-7071 ) |
| DISTRICT OF COLUMBIA, et al., | ) ) |
| Defendants-Appellees. | ) ) ) |

**NOTICE OF WITHDRAWAL OF
FRANCESCO VALENTINI AS COUNSEL**

Please take notice that Francesco Valentini withdraws his appearance as counsel for amici curiae Brady Center To Prevent Gun Violence et al. in the above-captioned appeal. As of January 11, 2016, Francesco Valentini will no longer be with Wilmer Cutler Pickering Hale and Dorr LLP. Paul R.Q. Wolfson remains as counsel for amici.

Dated: December 31, 2015

Respectfully submitted,

/s/ Francesco Valentini
PAUL R.Q. WOLFSON
FRANCESCO VALENTINI
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Avenue N.W.
Washington, D.C. 20006
Tel.: (202) 663-6000
francesco.valentini@wilmerhale.com
paul.wolfson@wilmerhale.com

**CERTIFICATE OF SERVICE**

      I hereby certify that, on December 31, 2015, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit using the appellate CM/ECF system. Counsel for all parties to the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

Dated: December 31, 2015

/s/ Francesco Valentini
FRANCESCO VALENTINI
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue N.W.
Washington, D.C. 20006
Tel.: (202) 663-6000
francesco.valentini@wilmerhale.com