# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 14-7071** | **September Term, 2015** |
| | 1:08-cv-01289-JEB |
| | **Filed On:** February 26, 2016 |

Dick Anthony Heller, et al.,

    Appellants

v.

District of Columbia, et al.,

    Appellees

**BEFORE:**   Henderson and Millett, Circuit Judges; Ginsburg, Senior Circuit Judge

## O R D E R

Upon consideration of appellees' petition for panel rehearing filed on October 19, 2015, it is

**ORDERED** that the petition be denied.

### Per Curiam

                            **FOR THE COURT:**
                            Mark J. Langer, Clerk

                BY:   /s/
                         Ken Meadows
                         Deputy Clerk